

**ORIGINAL**

**LODGED** JAN 27 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 27 2006
at 2 o'clock and 35 min P.M
SUE BEITIA, CLERK

PAMELA E. TAMASHIRO   #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
JOSE DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII  CR 04-185

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00370-SOM |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| vs. ) | |
| JOSE DELA CRUZ (01), ) | Sentencing |
| Defendant. ) | New Date: April 17, 2006 |
| ) | Time: 3:00 p.m. |
| ) | Judge: Susan O. Mollway |

## STIPULATION TO CONTINUE SENTENCING

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys

Alan Baum and Pamela E. Tamashiro, and Plaintiff UNITED STATES OF

AMERICA, by and through its attorney Assistant U.S. Attorney Kenneth M.

Sorensen, hereby agree and stipulate to continue the sentencing previously

scheduled herein from January 23, 2006 to April 17, 2006 at 3:00 p.m. before

Judge Susan O. Mollway.

DATED: Honolulu, Hawaii, _1/27/06_.

SO ORDERED:

_/s/ Susan Oki Mollway_
Judge of the above-entitled Court

AGREED AND SO STIPULATED:

_/s/ Kenneth M. Sorensen_
Kenneth M. Sorensen
Attorney for Plaintiff
United States of America

_/s/ Pamela E. Tamashiro_
Pamela E. Tamashiro
Alan Baum
Attorneys for Defendant
JOSE DELA CRUZ