PAMELA E. TAMASHIRO
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
JOSE DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00370 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE DELA CRUZ (01), | ) | |
| | ) | Sentencing |
| Defendant. | ) | New Date: August 14, 2006 |
| | ) | Time: 3:45 p.m. |
| | ) | Judge: Susan O. Mollway |

**STIPULATION TO CONTINUE SENTENCING**

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys Alan Baum and Pamela E. Tamashiro, and Plaintiff UNITED STATES OF AMERICA, by and through its attorney Assistant U.S. Attorney Kenneth M. Sorensen, hereby agree and stipulate to continue the sentencing previously scheduled herein from April 17, 2006 to August 14, 2006 at 3:45 p.m. before Judge Susan O. Mollway.

DATED: Honolulu, Hawaii, _____.

SO ORDERED:

_____
Judge of the above-entitled Court

AGREED AND SO STIPULATED:

_____
Kenneth M. Sorensen
Attorney for Plaintiff
United States of America

_____
Pamela E. Tamashiro
Alan Baum
Attorneys for Defendant
JOSE DELA CRUZ

USA vs. JOSE DELA CRUZ; CR. NO. 04-00370 SOM
STIPULATION TO CONTINUE SENTENCING