ORIGINAL

PAMELA E. TAMASHIRO        #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

LODGED

JUN 1 2006
10:15
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

Attorney for Defendant
JOSE DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00370 SOM  *04-00185* |
| ) | |
| Plaintiff, ) | STIPULATION TO ADVANCE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| JOSE DELA CRUZ (01), ) | |
| ) | |
| Defendant. ) | Sentencing |
| ) | New Date: August 7, 2006 |
| ) | Time: 1:30 p.m. |
| _____ ) | Judge: Susan O. Mollway |

## STIPULATION TO ADVANCE SENTENCING

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys

Alan Baum and Pamela E. Tamashiro, and Plaintiff UNITED STATES OF

AMERICA, by and through its attorney Assistant U.S. Attorney Kenneth M.

Sorensen, hereby agree and stipulate to advance the sentencing previously

scheduled herein from August 14, 2006 to August 7, 2006 at 1:30 p.m. before

Judge Susan O. Mollway.

DATED:    Honolulu, Hawaii, _____6/1/06_____.

SO ORDERED:

Judge of the above-entitled Court

AGREED AND SO STIPULATED:

Kenneth M.  Sorensen
Attorney for Plaintiff
United States of America

Pamela E. Tamashiro
Alan Baum
Attorneys for Defendant
JOSE DELA CRUZ

USA vs. JOSE  DELA CRUZ; CR. NO. 04-00370 SOM
STIPULATION TO ADVANCE SENTENCING

2