March 4, 2005

Honorable Helen Gillmor
United States District Court Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Your Honor,

I wanted to write you a letter and share my thoughts, because I knew I wouldn't be able to articulate them under the pressure of being in front of the court.

Sometimes one needs to hit rock bottom before they realize what they have lost. I have been blessed, however, by my family standing by me. My family has also been responsible for me facing up for my wrongdoings, and taking responsibility for my actions. I am ashamed that my wife and three children have to suffer for my actions and stupidity. I haven't been the husband or father I should have been; they deserve so much more than who I was.

As I sit in prison, my mother's warnings about the friends I kept company with rings with truth. I chastise myself for my stupidity, and not being strong enough to have said "NO" in too many situations. I had so much to lose and was blind to how much I would miss being in the arms of my family.

I look forward to my future. I now know what is important. Upon my release my entire family and I will relocate for a new start, away from the old "friends."

I am truly blessed with the fact that no matter when I am released, I have a great paying job installing windows and a home and family waiting with open arms.

I would like you to know that I accept full responsibility for my actions, and I am thankful that I was stopped, so that I could learn what was truly important in my life. I accept whatever sentence your mercy allows you to impose upon me. I will utilize the time to the best of my ability, to prepare for a future with my family.

Thank you for taking the time to read my letter, and thank you for your professional consideration toward my future.

Sincerely,

*Joe Dela Cruz*

Joe Dela Cruz