Honorable Susan Oki Mollway
United States District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

July 19, 2006

Dear Judge Mollway:

I am the wife of Jose de la Cruz. Together, we have three beautiful children. My oldest son Dustin is not Joe's son by blood, but he has always been treated equally by Joe.

I write you to beg you to give Joe the lowest sentence possible. I realize that he has broken the law, and there is no excuse for that. But I write to ask you to consider our children, who are being severely punished.

My children have suffered so much. I have had to do my best to support them by myself, but at one point we were living in a weekly hotel situation, surrounded by people around whom I did not feel safe. My daughter has had terrible nightmares, and my oldest son is now in continuation school. Because of their rage at his absence, they have had disciplinary problems in school for the first time ever. They are still very angry at Joe, and they cannot understand how he can still love them and be so far away.

They would probably not have missed Joe so much, if it weren't for the fact that he was an excellent father. Joe was the kind of dedicated father who always insisted that the kids work hard in school. He picked up the kids and dropped them off at school. He took them to the park and athletic practices. He volunteered as a coach for the football team. He took them to church every Sunday, and he took them to the beach on Saturdays. He asked his cousin to tutor them when he could not help with their schoolwork. He did all the things that a father is supposed to do, and because of this history, our children long for him constantly.

I am not able to fill the gap, because I have had to find work, any kind of work. Finally, I have found a job at an insurance company, and in a month I hope to be training to become an insurance broker. I am finally living in a decent apartment with the kids, and we are doing better, although we are still struggling.

Please have compassion for Joe in his sentencing. I beg for your mercy for the sake of our children. They miss him terribly, and they and I are desperately hoping that one day we will be able to reunite as a family again. Thank you for reading my letter.

Sincerely yours,

Delilah Medina de la Cruz

*[signature]*