813 West 130th Street
Gardena, CA 90247
February 23, 2005

The Honorable Susan Oki Mollway
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, HI 96813

Dear Judge Mollway,

I am writing this letter on behalf of Mr. Joe Dela Cruz.

I am Deidre Robinson Powell. I am the eighth grade homeroom teacher at St. John Chrysostom School in Inglewood, California. I have enjoyed serving this community for sixteen of my nineteen years teaching language arts with seven years devoted to our very active student council. St. Johns is my parish. I live with my husband Jesse, our toddler son Robert, and my mother, who is a retired schoolteacher. I have three older stepchildren (two in college and one in high school) whose mother recently passed away after a long battle with cancer. In addition to teaching, I am the author and publisher of a nonfiction book for children. I am an active member of the African American Heritage Society of Long Beach and the California African American Genealogical Society.

I first met "Coach Joe" in 1999, when his son Dustin Michael and his niece Dominique participated in a talent show hosted by student council. He sat patiently during our after school rehearsals and eventually became our test audience. He was very supportive of our efforts. In the years to follow we would sit together and cheer our kids as they competed in the football, volleyball and basketball. By the time Dustin Michael became my student in fall 2000, I had met both of his parents and had a good working relationship with them. They were very supportive of my efforts to educate their son. They stopped by quite often to keep tabs on his progress.

Eventually Coach Joe became a part of our sports programs. He helped our coach, Mrs. Fran Martin, with both her girls and boys volleyball teams. When our coach for the boys' team took a job at the high school next door to us in the spring of 2002, Coach Joe volunteered to coach our

boys' flag football team that fall. He held try-outs before the end of the school year and worked to condition the team all summer long.

In my humble opinion, Coach Joe was the best thing to happen to our boys' program. At that time we had a group of boys in our eighth grade that lacked motivation and a work ethic, Many had not played on the team the previous year because of their poor academic and behavior grades. Coach Joe instilled a sense of pride in our boys. He shared with them his stories about making the wrong choices and suffering the consequences. He treated them with the same love and respect he showed for his own sons. Our students looked up to him. He visited my classroom weekly during the season to make sure that their grades were satisfactory. All of that hard work paid off in the end; our team took first place in our division and went more rounds in the play-offs than any team we have ever had.

After the season was over a parent came and told me that one of my eighth graders was smoking marijuana on our campus. The majority of our parents became irate and lobbied our principal to remove him from the school (after a probationary period he was asked to leave). Coach Joe was one of the few parents who did not complain to Sister Antoinette. He tried to counsel the student. Coach noticed that the boy spent a lot of time on the weekend unsupervised because of his parents' work schedule. He spoke to his parents. This boy was not a personal friend of Coach's son Dustin. He was just a fellow classmate, who obviously needed some help.

Coach Joe was a chaperone for our field trip to the courtroom of the Honorable Erithe A. Smith. We arrived an hour earlier than expected, so we waited in the cafeteria of the Roybal Building. While waiting for court to convene, Coach Joe told me that he had a lot of regrets about the life he led when he was younger. He admitted that he had been incarcerated. He said that he worked very hard to give his children the opportunities he did not have as a child. He had such pride in his voice when he spoke about his relationship with his daughter Natasha. They were very close and she was never too shy to discuss anything with him.

Coach Joe was a regular presence on our campus. Our students love and respect him. We miss seeing him on our campus. Many students are aware of what has happened to Coach. Our students have tried to rally around Natasha and be supportive of her. Her maternal grandparents are paying her tuition so she can graduate with her classmates. Next year she will join her brothers in public school. Natasha's grades have slipped and her mom is unable to come up to the school to check on her progress. During our

parent-teacher conference Mrs. Dela Cruz told me that she spends a lot of time in court and with attorneys. Natasha has been absent quite a bit this school year. Some times she is ill, other times she has had to appear in family court. Her classmates and I try to send her work to her so she can keep up.

I recently asked Natasha how often she and her brothers get a chance to communicate with her dad. Her face lit up; she smiled and said that they talk to him every day. While I am sure those five minute conversations are treasured by his children, I know they miss their father. He was a strong presence in their lives. Natasha and her brothers know that their father has made a horrible mistake. They make no excuses for their father's conduct. But they have forgiven him.

Your Honor, I do believe that Coach Joe is a good man who took a calculated risk to make fast money. I truly believe that his poor decision was based on his desire to provide a good life for his family. Although it is not a choice that I would make, I realize that as a college graduate, I have more options in society. Coach Joe had been incarcerated in his youth. We have a system that allows people make restitution to our society, but our society limits their options upon their release. His choice, although unethical, was probably the only option he felt he had.

Yet, if a man's character can be judged by the actions of his children, then Coach Joe is a man of great character. His children are awesome. They have been taught the difference between right and wrong and practice making the right choices daily. They know that obeying the law, being productive citizens, and seeking a higher education is truly the way to succeed in life.

I received a letter from Coach Joe. He apologized for his actions and asked for forgiveness. I do forgive Coach Joe. He has always been there to support me with my work with all of my students. My family and I keep him and his family in our prayers.

Your Honor, I thank you for allowing me to address the Court on behalf of Coach Joe. I respect the difficult decision that you have to make.

Respectfully,

*Deidre Robinson Powell*

Mrs. Deidre R. Powell

Hello Your Honor,

I Maria Del Refugio Cortez Olivaros was born in a small town in Mexico called Villa Mar. I was born August 13, 1934 on a farm. I was raised on a plantation with all sorts of farm animals such as cows, goats, chickens, bulls etc. As early as the age of 9 I began helping on the farm, there were no schools near by to attend. I had a wonderful childhood. I had the respect of my entire family because I always sought out to do whatever I could to be productive and provide even though no one asked me to. I felt a sense of accomplishment a sense of duty and obligation but it never became a burden. It pleased me to feel so needed. I enjoyed responsibility and hard work. I like caring for others and I know God has given me that gift. My most precious joy is worshiping the Lord our God.

By the time I reached 12 years of age I was able to do all the farm work my father did. Later in the years I decided to come to the United States, I arrived in December 5, 1959. My first job was as a nanny in Venice Beach, California. One year later I met my husband to be, Jesus De La Cruz. As he was courting me, we attended church together and went dancing with friends. One year after that we got married. He was an engineer at the time that I met him. Soon after we began our family and had 9 children 5 boys and 4 girls. We felt so blessed! I did not work at that time. We sacrificed to save our money and then bought our first home with 3 bedrooms walking distance to the beach. As our family grew, I became determined to make larger living quarters for my children, the house felt too small. I wanted the house to be bigger so that the kids could have their own space. I couldn't bare to see my little children squished with the older children. I had to do something.

I began to work to see if I could make my home larger and save as much money as I could to make this happen. I knew I would have to work really hard and I always asked God to give me strength. I got a job cleaning Hotel room. It was walking distance and that was really great for me because I didn't drive at the time. Once I learned how to drive I took the entire family to Disney Land. After the hotel job I began working in a factory then finally Santa Monica Hospital where I stayed for 25 years and retired.

My dedication as a mother has always been to teach my children the way I was tought. I am a person dedicated to her family, that is my life, that is my hearts desire. I have always instilled in my children the morals to always show respect, be honest, save money, work hard, and their responsibilities. I have always let God lead the way for our home. I did my best and worked very hard to give my children a better life than I had. I put all my earnings into investments for their future, Real estate has always been great for me. This and all of my achievements have been for my family with Gods help.

Since my son was a young boy, Jose has been a good son. He was very obedient, well mannered, very athletic and respectful to his father and I. As a father I see the same virtues that I instilled in him. He is there for them in every way a father can be their for his children. Actually more, he is a father and mother for his children, he is supportive towards all of their needs in every way. He keeps a close eye on his children, he doesn't just let them do what ever they want. He was a great roll model, always very loving towards his babies. He enjoyed they presence in his life. They bring him joy not burdens. I know his marriage was shaky but he continuously kept trying for the sake of having whole family. Maybe he thought as time went by, things could change, by doing this he showed me that his family meant a whole lot to him. He would rather be unhappy with his spouse and keep the home together. He tried more and more to show me he could make it. The choices he made were not wise nor God given but he should be given another chance. He realizes what he has done and what he has jeopardized, I know his views are different now, and will work toward a brighter future. He is my son and my heart is filled with sorrow, yes because I can't be near him, but also because I know he has hurt a lot of people. I ask you to show compassion and truly search your heart to find mercy in your ruling.

Sincerely,  Maria De La Cruz

**March 22, 2006**

Hello Your Honor,

My name is Jesus De La Cruz, I am the father of Jose De La Cruz. I was born in Detroit, Michigan on February 20, 1927.  In 1932 I was taken back to Mexico where my father had a major Farm Contracting Business. My fathers business took him all over the United States. I am a sibling of 11 children, 2 brothers and 8 sisters. Six of my siblings are still alive. We became very poor when my father left the United States and went back to Mexico to tend to his business because he was swindled. I was forced to work at the age of 7 to help provide for our large family as a shoe repairer. At the age of 11 I worked manufacturing shoes.

My life became very hard at that point in my life because my father had fallen off of a scaffle and broke his leg and from that point became disabled. Since I was the eldest son, I dad to take his place to be the provider of our home. I worked in Mexico until the age of 19 and then headed back to the United States. I was a lawful citizen, since I was born in Michigan. I began my first job here in 1946 and did whatever I could to find farm work any type of construction or landscaping jobs. I helped to build and landscape Disney Land, it was a great job for me, I enjoyed it. In 1956 I found myself working in a machine Shop that made and distributed parts to companies such as Howard Hughes Aircraft and Aero Space. I started as a janitor, cleaning and sweeping up metal shavings. As the years rolled by I kept my eyes on the engineers....watching and learning. About five years later the owner showed up because they were in need of an entry level engineer. Right away I spoke to him and told him I was the one for the job. I pleaded with him for a chance to prove myself. So, he gave me a shot and from then on I was engineer by trade.

I was married in December 2, 1961 to my beautiful wife of 45 years Maria Cortez. We have 5 boys, (John, Jesse, Jose, Joaquin, Jaime) and 4 girls (Estella, Sylvia, Martina, Margarita). I worked really hard and did my best to support my family and be a great provider for our household working 12 to 14 hours a day. I never had to borrow from anyone, I always took full responsibility for what God had Blessed me with. Having so much opportunity makes me think of this Country as the greatest country in the world. I never had to ask for assistance but our country is so great that it helps those in need. I was fortunate! Working hard is the way I thought was the best to raise my family, I lead by example.

My son Jose and I were close. He was always very respectful and thoughtful. He loved church and playing Baseball....which I have to add, he was a fine athlete.  He is very caring in nature and always looked out for our needs and well being. I knew he had been incarcerated once before,.......but I stood by my son! I was aware of his hardships and struggles with his wife Delilah Medina and the battle between their children. He was very prideful, determined to do it on his own for his families sake. He allowed me to see the relationship he had with his children, it was beautiful. He was a great father, he kept his children in good schools, lots of activities and caring over them.  He was very much involved in their lives and always concerned for their future.

I know right now I face great difficulties with my health as I am 79 years old.  What really concerns me is his children. His kids need a stable home, a nurturing upbringing,  parents that will be their for them for all their moments, (great ones and bad ones).  At this moment the children are with their mother, so basically they have no one. Their mother does not care for them or is able to provide both physically or mentally.  Their mother doesn't allow help to be spiteful toward our family. The children love and need their father Your Honor.

I know what he did was wrong. I know that God says,"Obey the laws of the land". I always practiced this in my own life and tried my hardest to empower them with the same morals. Son or not, I cannot judge because God says I cannot judge. After speaking with my son on the telephone, I myself am sorry for what he has done, my heart is grieved for what he thought he had to do. He asked for my forgiveness and those of all he hurt. I did! Your Honor, I am too old to travel, this being said, I ask for your compassion and sympathy when making your decision.          Sincerely,  A loving father,   Jesus De La Cruz.

*Jesus De la cruz*          **March, 22 2006**

My name is Sylvia Sandoval, one of Jose De La Cruz's Sister. I am the fourth eldest of the family. I live in Venice, California with my husband and have five wonderful children, my husband and I work hard to give our children what they need to help them strive to obtain a good education. I work at a middle school and at a hotel, I enjoy my jobs because of the reward of being able to work with people.

My relationship with my brother was like every other family, as we were growing up we hung out together, took care of each other, we were there for each other, we sometimes had our differences but always managed to work it out.

Jose was one of the youngest brothers, always helping others in need, always bringing over friends who didn't have anyone to go home too after school. Even when he married was he bringing people home to help them get back on their feet.

Jose was always involved in the education and activities of his children. Jose was always trying to give his kids what they need to obtain a good education and stay involved in sports.

Jose and I worked together at a hospital in the Food Service Department, everyone there was fond of him, he was always helping everyone with completing their tasks. He liked to do the job where he served the patients their meals.

Shortly after a few years passed, Jose got married, he was very happy with his wife. His wife also had a son named Dustin from a previous relationship. Dustin is a lovable and smart, who is now looking out for his younger siblings. Jose considers him as his biological son. Jose also made an impact in the lives of my children always including them in activities with his kids. Jose, his wife and their kids are active church members, were very much involved in fundraising for their church.

Jose has always been and continues to be a good caring person, he has demonstrated how much his family means to him. I know my brother is remorseful and sorry for what he did. It has been rough for everyone. For the past two years, my parents are struggling with years going by wondering if they will ever see their son again before they die.

Jose made a bad choice, and I believe that he knows it. Jose's incident has affected his entire family, especially his children, who need him now in their lives, where they are beginning to know who they are and what they want to become. I work at a middle school, and I have seen it for too many years where adolescents are growing up without their fathers, and we all know how important is it for a male figure to be involved in the lives of their children.

I pray that you will have compassion for my brother to prove that he can be a good citizen to his family and his community.

Thank you,
Sylvia Sandoval

*Sylvia Sandoval*
8/3/06.

**Honorable Susan Oki Mollway**
**United States District Judge**
**300 Ala Moana Blvd.**
**Honolulu, HI 96850**

**Dear Judge Mollway,**

My name is Alvaro Delacruz. I am a process server for the City Attorney in Los Angeles, California. I've been on the job for seven years now. I come from a hard working family. Work ethic and integrity are supreme in my opinion. I am currently single. Jose Delacruz is my first cousin and I've known Jose all of my life on this Earth. We are very close. Matter of fact I think of Jose as an older brother. As a God fearing man I write you this letter with moral and spiritual concerns regarding the sentencing of Jose. I thank you for this opportunity to communicate my thoughts.

I can describe my cousin as a family man. It's very rare to see Jose without his wife and children. I thought a good indicator of Jose's devotion to his children was the fact that they are so well behaved and have great manners. It's also of note that Jose's youngest son, Jeremy, is a child prodigy. He's the smartest kid I've ever been around, period.

Also, Jose Delacruz is a person who is a funny. I think in the everyday monotony of life a sense of humor goes a long way. He's always been a nice guy, which is another important trait. I've never seen Jose be mean or disrespectful to anyone. Sometimes when I get angry at someone I think what would Jose do and calm down. He never had a negative bone in his body. Being a positive person myself, I can truly appreciate that.

Your Honor, the hardest part has to be the fact that I have not seen my cousin Jose in several months. Living in California makes it difficult to visit Jose. I pray every night that God has mercy on Jose, because I just want my cousin to be around. I know what I feel inside, and I could only imagine how difficult it must be for Jose's wife, children and parents. It's a tough situation for all. A long imprisonment would be absolutely catastrophic and devastating. I hope the fact that all the love I have for Jose can be understood in this letter. Thank you your Honor for your time and consideration.

Sincerely Yours,
Alvaro Delacruz

March 20, 2006

Honorable Susan Oki Mollway
United States District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Your Honor,

I am writing to you in behalf of Jose De La Cruz. In the last few years I have come to
know Jose and I consider him a very good friend. I am writing to you in hopes that my
understanding and dealings with Jose may give you a better perspective of who Jose or
"Joe" really is. In order to do that a little of my own background is in order. I work as an
installation supervisor for a window installation company that my brother owns. In my
position at work I have to hire new employees and train them properly as well as
continually train the eleven employees we already have. I also have to talk with past and
upcoming customers to ensure they are comfortable and satisfied with the work we have
performed in their homes. My job mostly consists of talking with people and making sure
that they are happy and understand the installation process. Although it can demand long
hours and a lot of stress at times it is very satisfying to me. When not at work I am
usually spending time with my brother , nieces, and nephews, or at some sort of function
put on by the church I belong to . I am deeply religious and I spent a couple of years as a
missionary working with different groups of people, both native aborigine and others in
the outback of Western Australia. Since then I have been involved in youth groups and
even scouting programs associated with our church. Mostly I have tried to be involved in
ways that can help those who are younger to deal with and understand the everyday
hardships associated with their schoolwork and their peers. I am not an expert by any
means, I just hope to somehow make a difference somewhere. I first met Joe about five
or six years ago when he came to Sacramento to visit his niece for her birthday. He was a
fun loving guy who made everyone laugh and have a good time and I immediately took a
liking to him. Since that time I have spent time with Joe and his family on many
occasions including most holidays. He has also stayed with my brother on numerous
occasions near Sacramento where I have been able to come to know his mind and heart.
Joe has always been the most generous man I have ever met. He has always been there to
help his sisters, brothers, and their families with financial help or any help they have
stood in need. Joe was always aware of what was going on in both his immediate family
and that of his extended family in order to help in whatever ways he could. Joe's life
revolved around his family and their welfare. I do not pretend to know Joe as a lifelong
best friend but I do know him as a thoughtful and generous person and as a great father. I
can not imagine how hard it is for him or his children to be separated from each other as
long as they already have. In these years that I have known Joe he has told me on
numerous occasions that he wants a better life than he has lived for his children. I know
that he truly has desired to change things in his life to bring that about. Although we
never discussed those things in detail I could see that it was a great weight on his
shoulders. A weight he did not want his children or family to bear. I know that Joe has

made mistakes that must be answered for . As a religious man I believe that we must all strive to be good people and law abiding citizens. I also believe that there must be consequences for our actions and that everyone must be accountable for what we do. But I also believe that each person makes mistakes, even a few mistakes before they learn the lesson. I understand that Joe must be accountable for his actions, but I hope that through this letter and others like it, you will see that Joe is truly a family man. That he made some regrettable choices , but that the values of a good person and a great father have always been present despite some of his choices. It would be unfortunate to separate him from his family and loved ones for a prolonged time since I believe that in his family, he can find the strength and help to make the necessary changes to his life. I understand that a sentence must be given and that is what is required of the law. But I hope that some compassion can be found in his case in that the opportunities and motivation for change will come through the love and help of his family. Joe has expressed great remorse for the choices leading to his situation today and I only hope that the sentence he receives will allow him those opportunities. I hope that that compassion can be found!

Sincerely,

Benjamin Tippets

**Daniel R. Carmona Insurance Agency**

Daniel R. Carmona
1117 11th Street, Suite 101
Manhattan Beach, CA 90266
Bus: 310.798.1047   Fax: 310.798.1049
Lic no. 0743651

3/16/2006

Your Honor:

I am writing on behalf of Jose De La Cruz. I have known Jose and all of the De La Cruz family for more than 20 years. I had the good fortune of meeting his mother, Maria, when we were both employed at the Santa Monica Hospital in the mid 80's.

I do not exaggerate when I state that as a parent, I would be honored to raise the family that Mr. and Mrs. De La Cruz have raised. In spite of humble beginnings and limited means, they have achieved, in their children, models of respect and character.

I have not been privileged with the details of Jose's plight. Humility and honor restrains his mother from divulging any details. I am aware that this event has caused his parents immeasurable grief and Jose's alleged actions are contrary to his true character and that which is consistent of his family.

Our society is wrought with situations and opportunities that can corrupt and tempt even the most righteous. It is more than unfortunate that Jose allowed himself to get caught in this web of deception. Jose is a family man and doting father. This time of separation has been more than punishment for him.

On behalf of Jose and his family, we beseech you to consider not the aberration of this one act but consider the greater part of who Jose is and from where he originates.

Jose will live with the consequences of his choices, whatever they may be. We ask you to recognize that he is repentant.

The highest human emotion is mercy. He and all of us are deserving of mercy.

Thank you,

Dan Carmona

March 20, 2006

Dear Judge Mollway:

My Name is Margarita De La Cruz and I am Joe's youngest sister. I am 35 years old and I am single and do not have any children. I am living in Roseville which is a suburb of Sacramento. I have been here for over 1 year. I previously resided in the city of Venice, CA where I lived for the majority of my life. I now work for Better Quality homes which installs retrofitted dual pane windows. In addition I work on-call for Presentation Services which is an audio visual sub-contracting company that is located in various hotels nationwide. There I am an Audio Visual Technician, my duties include setting projectors and audio equipment for companies having meeting within the hotel. I have 10 years experience in this industry. I have been on-call with Presentation Services for over 1 year now. I now reside with my parents due to the age and the health of my parents. With my father being a diabetic who's, eye sight is becoming almost to the point where he is going blind and my mother having a heart condition this is why I am with them. I am a member of, The church of Jesus Christ of Latter Days Saints. Within the church we help the community in many ways. We hold every year just before the school year begins we put together backpacks for the unprivileged kids in our community. That is just one example of my efforts to help those around me.

Growing up with Joe was difficult because he was for some reason very distant and to himself. While I was always out with my friends, that lived on the same block as I. I remember when my mother and father would take us places and we were always together as a family. I missed so much time with Joe when we were growing up, because our age difference. Even though it is not that much of a difference he always had a close relationship to my sister Martina. They were inseparable. They were like twins and best friend all rolled up in one. I have to be honest that I was jealous of their relationship. When Joe moved to Venice from El Segundo that is when our relationship as brother and sister truly began. Maybe because we were older and realized that so much time was lost and I spent just about every day at his house. My parents purchased the house to help him and his wife to start a new life. I grew very close to my brother Joe. He is so good with his kids. He was always on them about doing their homework and the importance of an education. He tried daily to show them that a good education would help them so much in their future. He would sit with them while they did their homework. He was at every school event, every sports game every important moment in their lives. Judge Mollway, can you imagine what it's like to have someone in your life on a daily basis and one day he is taken from you. One year my brother was a coach for his oldest son's football team for his school. This year that school won their first championship title in the history of that school. Those boys were a united team and that was because of my brother. He educated them in a sport that they had been playing for several years previously. I was and am proud of my brother, regardless of his mistakes.

Since he has been gone I have been in a depression, that I hide everyday of my life. I do this for my parents, because since he has been gone my parents have been having some hard

March 20, 2006

times. On several occasions I've sat at night with my mother as she cried wondering what we did to deserve this. I think the same on a daily basis. I have only a few friends in my life and I rely on them daily to help me through each day that my brother is not here. Just when I became close to my brother he was taken away from me. This punishment is not only a punishment to my brother but to myself, and my family. When I talk to him on the phone he tells me that he prays every night in hopes that is forgiven for his mistakes. His time in there has brought him closer to God. He knows he made a mistake and know with all my heart that he would never do this again. You honor if I could I would change places with him without thinking twice. I have nothing to lose, Joe has a wife and kids that are probably struggling harden than me. I know this is not possible, but this is the love that I have for my brother. If it would prove to you I would sign a paper stating that I would work 2 jobs to help my brother get back on his feet. I would make sure he has a job and a place to live if you would send him home. He has been gone long enough. You honor he is not just a criminal he is a **son, father, husband, brother. My brother!** I promise this time it will be different. I know you must hear this all the time. So your honor I pray that you hear my plea. I know you are busy, but I appreciate you taking the time out to read my letter.

Sincerely,

Margarita De La Cruz

March 20, 2006

Dear Judge Mollway:

My name is Estella Pacheco. I work for Roseville Courtyard by Marriott Hotel. I live in the city of Antelope which is a suburb of Sacramento, CA. I have lived in the Sacramento area for about 11 years which I moved here from the L.A. area. My purpose for moving to the Sacramento area was to give my children a better living environment. I am 50 years old and I am Jose's oldest sister.

Jose has always been a loving brother to me and has loved me even through all my faults. He has always been there for me when I needed him most. When I needed his advice he has been there to give it to me without judgment. Joe as we call him has been a loving uncle to my children along with all his other nieces and nephews. My kids have always looked up to Joe almost as if he were their father. Unfortunately my children grew up without a true father figure in their life. I have been a single parent for 18 years. So my children only had their uncles to rely on for all those questions kids have when growing up. I was able to raise them to the best of my ability with the help from my brother Joe who has cared for them. You can't imagine how much I miss him. Especially during the hard times in life where I was able to pick up the phone and say "Hey brother can you come to visit?" My kids miss and love him very much.

Jose is a great father to his kids. They are his entire life. He was very involved in their everyday life. For example he kept his children involved in sports year after year, Baseball, Football and Basketball, just to name a few. Just to try and teach them a sense of responsibility. In addition, he made every effort to keep them in private schools. In hope, that they would receive a better education, than he had growing up.

As a husband I know that he has been with his wife for over 18 years. I know that he supported her effort in an education in nursing, by helping with the children and house work.

Judge Mollway, I know you see cases like these, but please take a close look at this one. My brother is a big part in my life as well as my other brothers and sisters. With him being away has been very difficult for me and my children. So my heart goes out to you to see how much he is a part of our lives. Thank you for taking time out of your busy schedule to read my letter. I only hope I have proven to you that he truly is a good person.

Sincerely,

Estella Pacheco.

Hello Your Honor,

My name is Jaime De La Cruz. I am the youngest of nine children in the Jesus and Maria De La Cruz family, and the brother of Jose De La Cruz. I am 31 years old and reside in Sacramento California.

Currently, I am in the Real Estate field handling investments, analyzing properties both commercial and residential, and acquisitions for numerous investments builders. I have been working in Real Estate since the age of 16. I am a father of three beautiful little girls, Alyssa 10, Alexandra 7, and my youngest Grace is 2½. I have been married happily for going on 12 years to my wife named Frances De La Cruz.

One BIG thing that greaves my heart is my brothers. My whole adolescent life I had always looked up and respected and most important obeyed them. They always did their best to keep me out of trouble, danger and the life that they had been drawn into. My brother Jose De La Cruz was very active in my life. My parents couldn't afford a lot in those days, such a big family and all. My brothers and sisters never asked much of my parents because we wanted to give to them rather then them always giving to us. So my brother Jose found a way to put me in youth football and he was the only one to come to my games. How can I forget that? He lifted my spirits and made me feel as though I could accomplish anything.

I remember when I started high school at Venice High, I began going through a faze. I wasn't doing well in school, my grades were low, I didn't care anymore. I had no desire for school or excelling in this world, I had more bad influences than I did good ones. I was at a crucial turning point in my life, I had to begin making life changing decisions about my future. I got expelled and well, my brother Jose found out and he stepped in to mentor me by showing me the consequences of those who made wrong choices and had taken a veered path from a prosperous and respectable future. My brother was well known at my high school, he too had attended there and knew the coaches and teachers. Through his efforts they all came together to keep me, just me, one person..... It's unbelievable to me, in school. They monitored my every class and my whereabouts on a daily basis. I ask myself, why did I mean sooo much to him? Why would he do this for me? I know I am his little brother but he didn't have to.

I am an active Christian at "The Rock of Rocklin" in Rocklin California. I have learned a lot about what the Bible says and what God expects from us. I can say with out a doubt that my brother "Stood in the Gap for me" he cared and intervened in my life. He didn't walk past me, he took care of me, helped guide me. Things could have been really bad for me if he hadn't touched my life in the way that he did.

In the role that he played as a father to his own children, I could say was the same. He is a very caring father. He has stepped up and taken responsibility for his three children through a rocky and violent marriage. He was great in that area! He made sure his children were doing good in school and had them enrolled in lots of activities. His wife is mentally disturbed and a very violent individual. Her way of being could have a negative affects on anyone. Even though the storms that tormented him, he hung on tight never letting go of his family and responsibilities.

Your Honor, I know what he has been accused of is wrong. I cannot judge his sins or the wrongs he has committed against other individuals. The Bible says," All fall short of the Glory of God" sin is sin, stealing, lying, killing all can be forgiven through Christ Jesus. I know I am not asking for much from you when I say, (Have Mercy). If you can have compassion for anyone you care about, I ask you to show compassion on my brother as well. Sentencing him to many years in prison is a life sentence to my mother and father, his young children and his brothers and sisters too. Would you plead to the courts if it were your brother or your son who's life you were fighting for? Jesus says "Love" and "Forgive". I humbly ask for your compassion on this case.

Sincerely, Jaime De La Cruz. March 22, 2006

Josie Jimenez
28079 Caraway Lane
Saugus, CA 91350
(626) 304-3058

March 9, 2005

To whom it may concern,

My name is Josie Jimenez, I currently work full time in the securities industry and I am a mother of two children.

I am writing this letter in reference to Jose De La Cruz. I am related to Jose and I have personally known him ever since childhood. Jose is a member of a large family who is close and I recall his family always came first. The last time Jose and I met he proudly discussed his children well-being and education. This clarifies why Jose's priority has always been his children. Jose is dependable and a good father to his children.

Please do not hesitate to contact me if you have any questions. (626) 304-3058

Sincerely,

Josie Jimenez

**Adriana De La Cruz**
**4405 Grandview Blvd. Los Angeles, CA 90066**
**Cell: (310) 795-6495; Home: (310) 397-3297**

**March 20, 2006**

Honorable Susan Oki Mollway
United States District Judge
300 Ala Moana Boulevard
Honolulu, HI 96850

RE: Jose De La Cruz

Dear Judge Mollway,

My name is Adriana De La Cruz. And I am Jose's cousin. I hope I can relay to you his family's need to have his home.

I have known Jose all my life. We lived less than a mile away. He is the son of my Aunt Maria and Uncle Jesus. Jose has a large extended family. He has eight brothers and sisters (Stella, John, Jessie, Sylvia, Martina, Joaquin, Margarita and Jaime). Jose has continued being involved in the lives of his family as best he can under the circumstances. He calls them as much as he is allowed and writes often. I believe that Jose's family really matters to him. Lately, the decline of his parent's health has been a source of anxiety for him. Jose's worst fear is that while in custody he may never seem them again. His father is diabetic and is going blind. His mother developed a heart condition forcing her to take blood thinners for stroke prevention. Being separated from his family has been a daily struggle for Jose. It has been for all of us. Please consider the few years his parents have left. It would be a tragedy if he was kept in custody for a prolonged amount of time. It would be devastating for him and the whole family. Just thinking that he could not spend any time with them would be unbearable. Every holiday, every birthday, Jose is extremely missed by all. It is my wish that you seriously consider his family when making a decision. It's not just Jose who waits, we do too.

Meanwhile, Jose continues to improvement his character, family values and goals. Jose has dedicated himself in improving his education. He has asked me to send him books and materials to help improve his reading and writing skills. He asked to be considered for your GED program, knowing there is a waiting list. I want to enroll him in a high school program to get his diploma. Jose realizes, by continued encouragement that education is the key to success. I am currently the set medic for House, MD and Heist, NBC television shows. I currently volunteer for an EMT Foundation which provides medical care during charitable events. I graduated from Loyola Marymount University earning a Bachelor's in Science in Biology. But I am also Jose De La Cruz's cousin. That is more important to me. I am more than willing to lend him support now more than ever. We all are.

Jose has strong regret and remorse when thinking of his past actions. Please give him hope for the future. Please reunite him with his family soon. Jose has a bright future ahead of him. Please show compassion when you consider his sentencing. It would give us all hope. Please consider not only his needs, but the needs of his family. We morn his absence, every hour of every day.

Respectfully,

*Adriana De La Cruz*

Adriana De La Cruz



Joni Rountree
REALTOR-ASSOCIATE®

March 7, 2005

To Whom It May Concern,

It just doesn't seem possible, but it is. I have known Joe de la Cruz since he was about 7 years old. Infact I have known the de la Cruz family since 1971 and seen all of the children grow up and make lives of their own.

Joe was always a kid on the go, interested in so many things and seemed to enjoy living. Joe and his brothers and sisters would play out in the back of their house and you could always hear them laugh and really just love being together and love what they were doing. Joe impressed me as being a loving and very sensitive child.

As time went by and Joe got married and had a family, I would see him from time to time come to visit his Mom and Dad in the evenings or on holidays. He would often have his family with him and tell me things about how great the kids were doing or how proud he was of them. At one point I was helping him look for property and he was very concerned that the house they bought was in a good neighborhood and that the schools were good schools. Basically I would say Joe is a good father and family man and extremely interested in the best for his family.

Sincerely,



Joni Rountree

 **Westside Properties**
11990 San Vicente Boulevard
Brentwood, California 90049
Office: (310) 979-4000 Ext. 138
Fax: (310) 979-4001
www.jonirountree.com
Each Office Independently Owned and Operated

Dear Judge Mollway

My name is Joaquin Jack DeLaCruz, Im writing in regards to by older brother Joe De La Cruz.

Im employed by MIKE DAUGHERTY CHEVROLET. I am a Auto Technition. I been at my job

for five years. Im presently single with no children. I also work part time at a small independent

shop on my own time for extra money.  I live presently In sacramento california. Im writing to you

regards to my older brother Joe. He has been their for me, so many times, I can not emagine life

with out him. Joe for me has been more of a father figure than a brother, someone to follow behind..

I know he is very hard worker, he has so many different skills. I know he was plumber, construction

cabinet maker, and so many others to list. Like any one else ,just trying to find his passion. I respect

that he is a great father figure. Having kids changed his life, in more ways than one. I seen a different

side of him I have never seen before. He is so envolve with his childrens lives. He had a great relationship

with his wife for many years. I know life has not been to fair to him when it comes to being a husban. His

wife made life difficult for him at times. Im very sorry to find that life at his home in these last years were

so hard. I did not know of problems he had been going trough. These last years have been hard on myself

,and my family. My parents especialy, have taken the worst blows. I seen my family in the worst these past

years. Im trying to stay strong for my parents, thats not very easy to do. I really belive he had alot of time
to

realize what mistakes he has made recently, and later in ther future. I hope and pray for a normal life in
the

future. My brother inlaw is holding a job for him when he is released. I know his children need him more
than

you may think. He is loosing his children right now, I hope they have a chance to be a family again. I hope

you can understand the way i feel, and have compassionin in joe,s case. I dont want to take alot of your
time..

thank you for your time, god bless you, and in your sentence for my brother Joe De La Cruz.....

March 26,2006

Dear Judge Mollway,

My name is Jose Sandoval I am an 8th grader at John Adams Middle School. Jose is my uncle. He supports me in many ways. I write to him and he answers back. In his letters, he always tells me how important school is and to do my best. He also tells me I can be anything I want to be if I work hard to achieve my goals. I am a good student and I work hard in school.

My uncle is fun to be with he is also an easy person to get along with. On some Saturdays he would come over and invite me to his house to do something so I wouldn't be board. He always wanted us to be happy. I am very close to him and I try to keep in touch with him in as many ways as I can. He would always try to help my family in as many positive ways. He would always support in sports even if I wasn't that good. He always tells me how to be a good person and to make the right choices.

I think my uncle Jose is a good person, because he would always be there for his family whenever they needed him no matter what the problem was. He always went out of his way if I needed any support or someone to talk to. For example whenever I was playing baseball he would be there to cheer me on. I am glad to have him as my uncle. He was also a good father to his children because, when his son was playing football he was the coach and that shows that he would encourage his son to play better. He is a great father and a great husband.  We are lucky to have him as a member of our family.

The impact on the court proceedings and the time he has he has spent in custody has been really hard on our family and on himself. When I write him I tell him that I love him and miss him very much and want him home. My whole family feels the same way that I do. My family and I pray for him and hope that he is safe and that he will come home soon. I believe that he has learned from his mistake because he has been separated from his family for two years and I think that has affected him very much. I know his children miss him because I have my dad here whenever I need him. I can't imagine how it would be to not have my dad around to support me.

I see that our family has been deeply affected by the separation of my uncle. I know that we all have had a hard time during my uncle's absence. I know that he wishes that he can be with his family right now. We all wish he can be home right now where he has people that love him and miss him and care about him very much and want him home.

I hope this letter has helped you in your difficult decision.

Sincerely,

Jose Sandoval

**Adriana De La Cruz**
4405 Grandview Blvd.
Los Angeles, CA 90066
(310) 283-8895

March 7, 2005

RE:  Jose De La Cruz

To Whom It May Concern:

The purpose of this letter is to express my recommendation for probation of Jose De
La Cruz.  I am Jose's cousin, which means I have know him all my life, 36 years.
Jose and I attended the same high school in Venice, California.  He was always
respectful and interested in family gatherings.  I had never known him to be
anything other than kind and considerate.  After high school, I attended college and
Jose went on to work at various jobs.  I went on to graduate studies and he
eventually married.  Eventually, he became the father of three children, Dustin,
Natasha and Jeremy.  Last year, I was fortunate enough to get to tutor his children.
It is during this time that I got to see first-hand how positive he was towards his
family.  Jose was responsible in taking the children to school, attend meetings with
their teachers and pick them up from school.  He would take them to their
appropriate sports activities and make sure they did their homework.  He was with
them each day and night.  He would make sure they were clean, properly dressed
and well fed.  In my opinion, he was their sole provider and guardian.  I was very
proud to have such talented and intelligent children to tutor.  They were well-
mannered and mild tempered.  I was especially pleased that they excelled in school
and had a great attendance record.  After a few months, they no longer needed my
tutorial services full-time.  I felt that Jose was an excellent parent and had a keen
interest in his family.

I was distressed to hear about his current situation.  I felt negligent in not keeping
more abreast of things as I am currently applying to medical school.  I have always
had telephone contact with my cousin, but of late was preoccupied with work and
school.

I hope I have given you some insight into Jose's family life.  I wish that there is a
positive outcome for Jose.  I know how important his presence would be in
maintaining a healthy and productive relationship with his family.  Please feel free
to contact me.  I would be more than happy to speak with you personally about Jose.
My telephone number is (310) 283-8895.

My appreciation,

*Adriana De La Cruz*

Adriana De La Cruz

March 26, 2006

Dear Judge Mollway,

My name is Erica Sandoval, and I'm in 8th grade at John Adams Middle School in Santa Monica California. I am a science magnet student and have been in the Immersion (Spanish) program since elementary school. For the past 2 years I have been involved in the Ambassador's program at my school. This program allows students to participate in many school events by volunteering their services. I am a good student an I work very hard in school.

I have known my uncle Jose all my life and he was very close to me. I remember him as a caring, loving, encouraging uncle. He was very fun to be around with. Like on weekends when I was bored he would always invite me to go places. He always made my life more exciting and enjoyable. He also helped me in making the right choices.

I think my uncle Jose is a very caring person, because he has always been there for me no matter what the reason was. If I was happy or if I was sad he would always be there for me. I am glad and I appreciate having him as an uncle. He was always encouraging in my school work and in sports. He was the person who would always put a smile on my face.

The impact of these court proceedings and the time he has spent in custody has been very difficult on my family and I. I try to write him as much as I can. And when I do he always tells me how important school is and to always do my best. He also tells me to make the right decisions in life. Every night I pray for him and hope that he is safe, healthy, and will come home soon. In my opinion, I think that my uncle Jose has learned from his mistake by being separated from the people he loves most for a long period of time.

I think that our family has been going through tough times by the absence of my uncle. In my opinion, I think that his kids need him more than anyone. I can't imagine hoe life would be not having a father here for you and to protect you. Right know my life has been hard for me not having my closest uncle here for me. I really miss him and hope that he will be able to come home and be with the people he loves really soon.

I hope this letter has helped you in making your difficult decision. Thank You.

Sincerely,

Erica Sandoval