**RONALD K. NUDELMAN, M.D.**
11600 WILSHIRE BOULEVARD, SUITE 218
LOS ANGELES, CALIFORNIA 90025
TEL. (310) 312-2922
FAX (310) 312-2925

DIPLOMATE AMERICAN BOARD OF
INTERNAL MEDICINE AND NEPHROLOGY
HYPERTENSION

March 14, 2005

To: Whom it may concern:

I am writing this letter on behalf of my patient Jesus De La Cruz who is unable to travel of any distance because of his physical capacity, it would be appreciated if any consideration regarding his son's imprisonment to make it possible for my patient to be able to visit his son Jose De La Cruz.

Thank you for your consideration to this matter.

Dr. Ronald K. Nudelman