**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, LISA MAXEY, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action; my business address is 701 E. Third Street, Suite 240, Los Angeles, California 90013.

On July 31, 2006, I caused the foregoing document described as:

**DEFENDANT'S MEMORANDUM RE: SENTENCING, WITH EXHIBITS**

to be served upon the interested parties in this action via Federal Express overnight delivery:

Kenneth Sorenson
Assistant United States Attorney
United States Attorney's Office
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
(808) 541-2850

Mona Godinet
United States Probation Officer
United States Probation Office
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850
(808) 541-1283

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July, 2006, at Los Angeles, California.

_____
LISA MAXEY