# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00185SOM |
| CASE NAME: | USA vs. (01) Jose Dela Cruz |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | 01 Alan Baum |
| | Neil Tsukayama (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/7/2006 | TIME: | 1:40 - 2:00 |

COURT ACTION:  EP: Sentencing to Counts 1 and 3 of the First Superseding Indictment -

Defendant (01) Jose Dela Cruz present and in custody.

Court informs the parties that is has recently received information about this case that may affect this sentencing hearing.

Discussion held.

Counsel confer, and agree to continue this hearing in order to allow the Court time to research what options are available.

This hearing is continued to 9/14/06 @ 3:00 p.m.

Parties to inform the CRM if this date is not feasible.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.