ORIGINAL

PAMELA E. TAMASHIRO   #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
JOSE DELA CRUZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

**LODGED**

SEP 19 2006
10:20 AM

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE DELA CRUZ (01), ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR. NO. 04-00185 SOM <br><br> STIPULATION TO CONTINUE SENTENCING <br><br><br> Sentencing <br> New Date: November 20, 2006 <br> Time: 2:15 p.m. <br> Judge: Susan O. Mollway |

**STIPULATION TO CONTINUE SENTENCING**

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys Alan Baum and Pamela E. Tamashiro, and Plaintiff UNITED STATES OF AMERICA, by and through its attorney Assistant U.S. Attorney Kenneth M. Sorensen, hereby agree and stipulate to continue the sentencing previously scheduled herein from September 14, 2006 to November 20, 2006 at 2:15 p.m. before Judge Susan O. Mollway.

DATED:   Honolulu, Hawaii, _____SEP 1 9 2006_____.

SO ORDERED:

_____
Judge of the above-entitled Court

AGREED AND SO STIPULATED:

_____
Kenneth M. Sorensen
Attorney for Plaintiff
United States of America


_____
Pamela E. Tamashiro
Alan Baum
Attorneys for Defendant
JOSE DELA CRUZ

USA vs. JOSE DELA CRUZ; CR. NO. 04-00185 SOM
STIPULATION TO CONTINUE SENTENCING

2