ORIGINAL

ALAN BAUM      California Bar # 42160
PAMELA E. TAMASHIRO           # 3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii  96813
Telephone:  (808) 528-3332
Facsimile:   (808) 536-0458

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 9 2006

at __1__ o'clock and __45__ min. __P__ M
SUE BEITIA, CLERK

Attorneys for Defendant
JOSE  DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00185 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION |
| | ) | TO UNSEAL RECORDS OR, IN |
| vs. | ) | THE ALTERNATIVE, TO |
| | ) | TEMPORARILY TRANSFER |
| JOSE  DELA CRUZ (01), | ) | CASE TO JUDGE SUSAN |
| | ) | MOLLWAY FOR CLARIFICATION |
| Defendant. | ) | OF ORDER OF RECUSAL; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBITS "A" - "B"; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Sentencing |
| | ) | Date:      February 15, 2007 |
| | ) | Time:      1:30 p.m. |
| | ) | Judge:     David A. Ezra |
| | ) | |
| | ) | Hearing |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge:     David A. Ezra |

## NOTICE OF MOTION

TO:      KENNETH M. SORENSON, ESQ.
Assistant United States Attorney
Room 6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the attached motion will be heard before the

Honorable David A. Ezra in his Courtroom in the United States Courthouse, 300

Ala Moana Boulevard, Honolulu, Hawaii 96813 on _____ at

_____ o'clock ___.m., or as soon thereafter as counsel may be heard.

DATED:    Honolulu, Hawaii, _____11/29/06_____.

_Pamela E. Tamashiro_
Alan Baum
Pamela E. Tamashiro
Attorneys for Defendant
JOSE DELA CRUZ

2