IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00185 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO UNSEAL RECORDS |
| | ) | OR, IN THE ALTERNATIVE, TO |
| vs. | ) | TEMPORARILY TRANSFER CASE |
| | ) | TO JUDGE SUSAN MOLLWAY |
| JOSE DELA CRUZ (01), | ) | FOR CLARIFICATION OF ORDER |
| | ) | OF RECUSAL |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO UNSEAL INFORMATION
## AND TO CONTINUE SENTENCING

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys

Alan Baum and Pamela E. Tamashiro, hereby moves this Court for an order (1)

unsealing the records and/or information which were previously sealed by Judge

Susan O. Mollway pursuant to that October 12, 2006 Order of Recusal; or (2) in

the alternative, to temporarily transfer this case so that Judge Mollway may have

the opportunity to clarify her Order of Recusal by specifying the nature of the

information sealed.

This motion is made pursuant to Rules 47 and 32 (i) (3), Federal Rules of

Criminal Procedure, and is based upon Defendant's due process rights under the

Fifth Amendment to the U.S. Constitution and Defendant's Sixth Amendment

right to effective assistance of counsel, the records and files herein, the

memorandum in support of motion and exhibits attached hereto, and any evidence

that may be presented at the hearing on the motion.

DATED:    Honolulu, Hawaii, _____11/29/06_____.

*Pamela E. Tamashiro*

Alan Baum
Pamela E. Tamashiro
Attorneys for Defendant
JOSE DELA CRUZ