IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00185 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBITS "A" - "B" |
| vs. | ) | |
| | ) | |
| JOSE DELA CRUZ (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Pamela E. Tamashiro, do hereby state and declare as follows:

1. I am local counsel for Defendant JOSE DELA CRUZ in the above-referenced case. Alan Baum, Esq., a member in good standing with the California State Bar has previously been admitted *pro hac vice* to represent Defendant.

2. The facts and circumstances contained in the Memorandum in Support of Motion are true and correct to the best of my information and belief.

3. Attached hereto as Exhibit "A" is a true and correct copy of the August 8, 2006 Transcript of Proceeding before the Honorable Susan O. Mollway.

4. Attached hereto as Exhibit "B" is a true and correct copy of the October 12, 2006 Order of Recusal.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:   Honolulu, Hawaii, _____11/29/06_____.

_____*Pamela E. Tamashiro*_____
Pamela E. Tamashiro