IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00185 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE DELA CRUZ (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand delivery or by depositing the same in the United States mail, postage prepaid, at the following last known address:

      KENNETH M. SORENSON, ESQ.
      Assistant United States Attorney
      Room 6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96813
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii,   11/29/06   .

*Pamela E. Tamashiro*
Alan Baum
Pamela E. Tamashiro
Attorneys for Defendant
JOSE DELA CRUZ