ALAN BAUM        California Bar # 42160
PAMELA E. TAMASHIRO        # 3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone:    (808) 528-3332
Facsimile:    (808) 536-0458

Attorneys for Defendant JOSE DELA CRUZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC. 0 5 2006

at __1__ o'clock and __26__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00185 DAE |
| | ) | |
| Plaintiff, | ) | EXHIBITS IN SUPPORT OF MOTION |
| | ) | TO UNSEAL RECORDS OR, IN THE |
| vs. | ) | ALTERNATIVE. TO TEMPORARILY |
| | ) | TRANSFER CASE TO JUDGE SUSAN |
| JOSE DELA CRUZ (01), | ) | MOLLWAY FOR CLARIFICATION OF |
| | ) | ORDER OF RECUSAL FILED 11/29/06; |
| Defendant. | ) | EXHIBITS "A" - "B"; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | Sentencing |
| | ) | Date:      November 20, 2006 |
| | ) | Time:      2:15 p.m. |
| | ) | Judge:     David A. Ezra |
| | ) | |
| | ) | Hearing |
| | ) | Date:      12/28/06 |
| | ) | Time:      9:45am |
| | ) | Judge:     David A. Ezra |

EXHIBITS IN SUPPORT OF MOTION TO UNSEAL RECORDS OR,
IN THE ALTERNATIVE TO TEMPORARILY TRANSFER CASE TO
JUDGE SUSAN MOLLWAY FOR CLARIFICATION OF ORDER OF
RECUSAL FIELD 11/29/06

Attached hereto as Exhibit "A" is a true and correct copy of the August 8,

2006 Transcript of Proceeding before the Honorable Susan O. Mollway and

attached hereto as Exhibit "B" is a true and correct copy of the October 12, 2006 Order of Recusal.

DATED:   Honolulu, Hawaii, December 1, 2006.

*/s/ Pamela E. Tamashiro*
Alan Baum
Pamela E. Tamashiro
Attorneys for Defendant
JOSE DELA CRUZ