

**ORIGINAL**

PAMELA E. TAMASHIRO    #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone: (808) 528-3332
Facsimile: (808) 536-0458

Attorney for Defendant
JOSE DELA CRUZ

**LODGED**
DEC 14 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 18 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00185 SOM |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| vs. ) | |
| JOSE DELA CRUZ (01), ) | Sentencing |
| Defendant. ) | New Date: February 15, 2007 |
| ) | Time: 1:30 p.m. |
| ) | Judge: David A. Ezra |

### STIPULATION TO CONTINUE SENTENCING

Defendant JOSE DELA CRUZ ("Defendant"), by and through his attorneys Alan Baum and Pamela E. Tamashiro, and Plaintiff UNITED STATES OF AMERICA, by and through its attorney Assistant U.S. Attorney Kenneth M. Sorensen, hereby agree and stipulate to continue the sentencing previously scheduled herein from November 20, 2006 to February 15, 2007 at 1:30 p.m. before Judge David A. Ezra.

DATED:   Honolulu, Hawaii, _____DEC 15 2006_____.

SO ORDERED:

_____
Judge of the above-entitled Court

AGREED AND SO STIPULATED:

_____
Kenneth M. Sorensen
Attorney for Plaintiff
United States of America

_____
Pamela E. Tamashiro
Alan Baum
Attorneys for Defendant
JOSE DELA CRUZ

USA vs. JOSE DELA CRUZ; CR. NO. 04-00185 SOM
STIPULATION TO CONTINUE SENTENCING

2