EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00185-01 DAE |
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL RECORDS; CERTIFICATE OF SERVICE |
| vs. | |
| JOSE DELA CRUZ,     (01) | |
| Defendant. | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO UNSEAL RECORDS

Defendant Jose De La Cruz has moved the Court to unseal records and/or information received and reviewed by Judge Susan Oki Mollway prior to the September 16, 2006 sentencing date in this case.  At the September 16 sentencing hearing of the Defendant, Judge Mollway disclosed to the parties that materials relevant to sentencing which she had received and reviewed could not, for reasons she would not state, be disclosed to the

parties. The government agrees with Defendant's factual recounting of Judge Mollway's receipt and review of the information. The government also agrees that Judge Mollway did indicate on the record that the materials could be considered relevant to sentencing.

The government notes that if the sealed information is negative and/or not of assistance to Defendant in making sentencing arguments, than Defendant has no basis for demanding it and would likely prefer that the Court not have access to the information. If the information is helpful in making sentencing arguments for the Defendant or favorably impacts Section 3553(a) factors, then it would likely be appropriate to disclosing it under some restrictions.

Based on the foregoing, the government suggests the following procedure:

1. This Court appoint a Magistrate Judge for the limited purpose of making an *in camera* review of the materials and information. The Magistrate Judge should be directed to review the information, without disclosing its substance, and notify this Court whether the information is either helpful and/or beneficial to the Defendant for sentencing purposes, or negative and not helpful to the Defendant for sentencing purposes. If the information is clearly helpful and of assistance to the Defendant in making sentencing arguments, than

this fact should be disclosed to the Court for further findings. This Court could then choose to review the materials and make disclosure to the parties as it deems necessary.

    2.  If the information is clearly negative or not beneficial to the Defendant, the Magistrate Judge should be directed to reseal the materials without disclosing the information to the Court or counsel.

This Court, in order to facilitate the Magistrate Judge's task, might provide the Magistrate Judge with a form approved in advance by the parties with check boxes for the Magistrate Judge to use in signifying the type of information contained in the materials.

Of course, this Court may choose to unseal the materials and proceed to sentencing.  Since neither the Defendant nor the Government at this time know anything about the nature of the information or its source, it is difficult to predict the effect of this course of action.

DATED:  December 26, 2006, at Honolulu, Hawaii.

Respectfully Submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By  /s/ Kenneth M. Sorenson
   KENNETH M. SORENSON
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    Alan Baum, Esq.
    Pamela Tamashiro, Esq.
    707 Richards Street, PH 7
    Honolulu, HI  96813

    Attorneys for Defendant
    JOSE DELA CRUZ

        DATED:  December 26, 2006, at Honolulu, Hawaii.

                                        /s/ Dawn M. Aihara