# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00185DAE |
| CASE NAME: | USA v. (01)Jose Dela Cruz |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01)Pamela Tameshiro<br>(01)Alan Baum[via phone] |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/28/2006 | TIME: | 9:45am-10:10am |

COURT ACTION:  EP: [159]MOTION to Unseal Records or, In the Alternative, to Temporarily Transfer Case to Judge Susan Mollway for Clarification of Order of Recusal by Jose Dela Cruz.

Defendant (01)Jose Dela Cruz present in custody.

Oral arguments heard.

[159]MOTION to Unseal Records or, In the Alternative, to Temporarily Transfer Case to Judge Susan Mollway for Clarification of Order of Recusal by Jose Dela Cruz- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager